857 A.2d 648

IN THE MATTER OF EARL S. DAVID, AN ATTORNEY
AT LAW (ATTORNEY NO. 028411988).

September 22, 2004.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–105, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4), **EARL S. DAVID** of **MATAWAN**, who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of fifteen months based on his suspension for fifteen months in the State of New York for conduct in violation of, *RPC* 1.15(d) (recordkeeping violations), *RPC* 8.4(b) (conduct that reflects adversely on a lawyer's honesty, trustworthiness, or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **EARL S. DAVID** is suspended from the practice of law for a period of fifteen months and until the further Order of the Court, effective October 20, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.